

# SEALED

Office of the United States Attorney
District of Nevada
501 Las Vegas Boulevard South,
Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

```
JASON M. FRIERSON
Acting United States Attorney
Nevada Bar No. 7709
CHRISTOPHER BURTON
Assistant United States Attorney
Nevada Bar No. 12940
District of Nevada
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336 / Fax: (702) 388-5087
Christopher.Burton4@usdoj.gov
```
*Representing the United States of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>8325 Jeeves Circle<br>Las Vegas, Nevada 89149,<br>County of Clark, State of Nevada | Case No. 2:18-mj-142-DJA<br><br>**Government's Motion to Unseal Case**<br><br>**Under Seal** |

**CERTIFICATION: This Motion is timely filed.**

COMES NOW the United States of America, by and through its attorneys, JASON M. FRIERSON, United States Attorney, and Christopher Burton, Assistant United States Attorney, and respectfully moves this Court for an Order to UNSEAL the instant case and all associated filings and materials. Specifically, the undersigned requests to unseal the Search Warrant filed under the instant case and all related documents in anticipation of

///

///

///

///

///

///

producing the same as discovery in Case Nos. 2:22-cr-00115-GMN-EJY and 2:22-cr-00114-RFB-BNW.

**DATED** this 23rd day of June, 2022.

          Respectfully,

          JASON M. FRIERSON
          United States Attorney

          */ s / Christopher Burton*
          _____
          CHRISTOPHER BURTON
          Assistant United States Attorney

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>8325 Jeeves Circle<br>Las Vegas, Nevada 89149,<br>County of Clark, State of Nevada | Case No. 2:18-mj-0142-DJA<br><br>**Order Unsealing Case** |

Based on the Motion of the Government, and good cause appearing therefore, IT IS HEREBY ORDERED that the instant case shall be unsealed.

DATED this 28th day of June 2022.

_____
HON. DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE